Form 210A (10/06)

# United States Bankruptcy Court
## NORTHERN DISTRICT of CALIFORNIA

In re

Jessica P. Vasquez

Chapter 13
Case No. 07-43060

## NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| eCAST Settlement Corporation | Household Bank (SB), N.A. |
| Name of Transferee | Name of Transferor |

| | | |
|---|---|---|
| Name and Address where notices to | Court Claim # (if known): | 9 |
| Transferee should be sent: | Amount of Claim: | 1451.49 |
| | Date Claim Filed: | 12/17/2007 |
| eCAST Settlement Corporation | Amended Claim #: | |
| C/O Bass & Associates, P.C. | Amended Date Claim Filed: | |
| 3936 E. Ft. Lowell Rd. | | |
| Tucson, AZ 85712 | Name and Current Address of Transferor | |
| Telephone: (520) 577-1544 (Servicer) | Household Bank (SB), N.A. | |
| | C/O Bass & Associates, P.C. | |
| | 3936 E. Ft. Lowell Rd. | |
| | Tucson, AZ 85712 | |
| Last Four Digits of Account #   ************2607 | Telephone: (520) 577-1544 | |

Name and Address where transferee payments
should be sent (if different from above):        Last Four Digits of Account #:   ************2607
eCAST Settlement Corporation
PO Box 7247-6971
Philadelphia, PA. 19170-6971

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/   Patti H Bass                              Date:   02/19/2008
        Patti H Bass, Esq  (AZ 016849)
        Attorney for Creditor
        Bass & Associates, P.C.
        3936 E Ft Lowell Rd, Suite 200
        Tucson, AZ 85712
        (520) 577-1544
        ecf@bass-associates.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

**Exhibit 6**

ASSIGNMENT OF ACCOUNTS

HSBC Private Label Acquisition Corporation (USA), HSBC Bank Nevada, N.A., and HSBC Retail Credit (USA) Inc., ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Buyer ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card accounts, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on December 19, 2007.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e)(2), or otherwise.

Dated: December 19, 2007

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA)

By: _____
Marcelo Aita
Vice President

HSBC BANK NEVADA, N.A.

By: _____
Marcelo Aita
Vice President

HSBC RETAIL CREDIT (USA) INC.

By: _____
Marcelo Aita
Vice President

1291396.38