```
PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **No. 07-43060 EDJ-13** |
| **JESSICA PAULINE VAZQUEZ,** | **Chapter 13** |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On January 14, 2010, I served the

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS
OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically

**Martha Bronitsky, Trustee    U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2010            /s/ Janet S. Corda
                                   JANET S. CORDA

Certificate of Service                                          Page 1 of 3

| | |
|---|---|
| 1 | Portfolio Recovery Associates, LLC<br>P.O. Box 41067 |
| 2 | Norfolk, VA 23541 |
| 3 | Wells Fargo Auto Finance<br>P.O. Box 29704 |
| 4 | Phoenix, AZ 85038 |
| 5 | Wells Fargo Financial California, Inc.<br>P.O. Box 29704 |
| 6 | Phoenix, AZ 85038 |
| 7 | Contra Costa County<br>Office of Revenue Collection |
| 8 | 2530 Arnold Dr. #350<br>Martinez, CA 94553 |
| 9 | |
| 10 | American Agencies<br>P.O. Box 2829<br>Torrance, CA 90509 |
| 11 | |
| 12 | Les Schwab Tire Centers of CA, Inc.<br>P.O. Box 667<br>Prineville, OR 97754 |
| 13 | |
| 14 | Roundup Funding, LLC<br>MS550<br>P.O. Box 91121 |
| 15 | Seattle, WA 98111-9221 |
| 16 | Wells Fargo Bank<br>Overdraft Recovery Payment Pro.Dept. |
| 17 | A0143-042<br>P.O. Box 63491 |
| 18 | San Francisco, CA 94163 |
| 19 | eCAST Settlement Corporation<br>Bass & Associates, PC |
| 20 | 3936 E. Ft. Lowell Rd.<br>Suite #200 |
| 21 | Tucson, AZ 85712 |
| 22 | eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer |
| 23 | P.O. Box 35480<br>Newark, NJ 07193-5480 |
| 24 | |
| 25 | eCAST Settlement Corporation<br>P.O.Box 7247-6971<br>Philadelphia, PA 19170-6971 |
| 26 | |

| | |
|---|---|
| 1 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA/HSBC Card Services III |
| 2 | P.O. Box 35480<br>Newark, NJ 07193-5480 |
| 3 | |
| | Capital One Auto Finance |
| 4 | c/o Ascension Capital Group<br>P.O. Box 201347 |
| 5 | Arlington, TX 76006 |
| 6 | B-Real, LLC<br>MS 550 |
| 7 | P.O. Box 91121<br>Seattle, WA 98111-9221 |
| 8 | |
| | FDS Bank/Macys |
| 9 | TSYS Debt Mgmt. Inc.<br>P.O. Box 137 |
| 10 | Columbus, GA 31902-0137 |
| 11 | Jessica Vazquez<br>486 Morello #249 |
| 12 | Martinez, CA 94553 |