```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor

 6

 7

 8                      UNITED STATES BANKRUPTCY COURT

 9                      NORTHERN DISTRICT OF CALIFORNIA

10  **In re**:                          No.  07-43060 EDJ-13

11  **JESSICA PAULINE VAZQUEZ**,        Chapter 13

12              **Debtor**.             **CERTIFICATE OF SERVICE**
    _____/
13

14       My place of business is in the County of Alameda; I am over the age
    of 18 years and not a party to the within action; my business address is
15  One Kaiser Plaza, Suite 480, Oakland, CA 94612.

16       On January 27, 2010, I served the

17       **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS
                     OF DEADLINE TO REQUEST A HEARING**
18
    on the below-named electronically
19
    **Martha Bronitsky, Trustee     U. S. Trustee**
20
    and on the below names in this action by placing a true copy thereof
21  in a sealed envelope with postage thereon fully paid in the United
    States Mail at Oakland, CA addressed as follows:
22
    **See attached list.**
23
         I declare under penalty of perjury under the laws of the State of
24  California that the foregoing is true and correct.

25  Dated: January 27, 2010              /s/ Janet S. Corda
                                         JANET S. CORDA
26

    Certificate of Service                                      Page 1 of 3
```

Case: 07-43060   Doc# 38-1   Filed: 01/27/10   Entered: 01/27/10 11:39:20   Page 1 of 3

```
Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ 85038

Wells Fargo Financial California, Inc.
P.O. Box 29704
Phoenix, AZ 85038

Contra Costa County
Office of Revenue Collection
2530 Arnold Dr. #350
Martinez, CA 94553

American Agencies
P.O. Box 2829
Torrance, CA 90509

Les Schwab Tire Centers of CA, Inc.
P.O. Box 667
Prineville, OR 97754

Roundup Funding, LLC
MS550
P.O. Box 91121
Seattle, WA 98111-9221

Wells Fargo Bank
Overdraft Recovery Payment Pro.Dept.
A0143-042
P.O. Box 63491
San Francisco, CA 94163

eCAST Settlement Corporation
Bass & Associates, PC
3936 E. Ft. Lowell Rd.
Suite #200
Tucson, AZ 85712

eCAST Settlement Corporation assignee of
GE Money Bank/JC Penney Consumer
P.O. Box 35480
Newark, NJ 07193-5480

eCAST Settlement Corporation
P.O.Box 7247-6971
Philadelphia, PA 19170-6971

eCAST Settlement Corporation assignee of
HSBC Bank Nevada NA/HSBC Card Services III
P.O. Box 35480
Newark, NJ 07193-5480
```

```
1   Capital One Auto Finance
    c/o Ascension Capital Group
2   P.O. Box 201347
    Arlington, TX 76006
3
    B-Real, LLC
4   MS 550
    P.O. Box 91121
5   Seattle, WA 98111-9221

6   FDS Bank/Macys
    TSYS Debt Mgmt. Inc.
7   P.O. Box 137
    Columbus, GA 31902-0137
8
    Jessica Vazquez
9   486 Morello #249
    Martinez, CA 94553
10
```